1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    DEBORAH L. BURKE, et al.,                    Case No.  13-cv-04249-JCS

                    Plaintiffs,
8

9            v.                                   **ORDER REFERRING CASE TO ADR
                                                  UNIT FOR ASSESSMENT TELEPHONE
10   JPMORGAN CHASE BANK, N.A., et al.,           CONFERENCE**

                    Defendants.
11

12           Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the court refers this

13   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

     conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff and
14
     defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit
15   as soon as possible but no later than October 22, 2013.

16           Plaintiff and defendant's counsel shall be prepared to discuss the following subjects:

17           (1) Identification and description of claims and alleged defects in loan documents.

18           (2) Prospects for loan modification.

19           (3) Prospects for settlement.

20           The parties need not submit written materials to the ADR Unit for the telephone

21   conference.

22           In preparation for the telephone conference, plaintiff shall do the following:

23           (1) Review relevant loan documents and investigate the claims to determine whether

24               they have merit.

25           (2) If plaintiff is seeking a loan modification to resolve all or some of the claims,

26               plaintiff shall prepare a current, accurate financial statement and gather all of the

27               information and documents customarily needed to support a loan modification

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1  request.  Further, plaintiff shall immediately notify defendants' counsel of the

2  request for a loan modification.

3  (3) Provide counsel for defendants with information necessary to evaluate the

4  prospects for loan modification, in the form of a financial statement, worksheet or

5  application customarily used by financial institutions.

6  (4) In preparation for the telephone conference, counsel for defendants shall do the

7  following.

8  (5) If defendants are unable or unwilling to do a loan modification after receiving

9  notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff to

10  that effect.

11  (6) Arrange for a representative of each defendant with full settlement authority to

12  participate in the telephone conference.

The ADR Unit will notify the parties of the date and time that the telephone conference
will be held. After the telephone conference, the ADR Unit will advise the court of its
recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated:  October 8, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge