1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
3  San Diego, California  92101
   Tel:     619-807-2628
4  Fax:    866-575-7413
   Email: cmarshall@marshallestatelaw.com
5
   Attorneys for Plaintiffs
6  DEBORAH L. BURKE and
   SEAN K. BURKE
7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   DEBORAH L. BURKE and              ) Case No.:   C13-4249 SC
12 SEAN K. BURKE                     )
                                     ) **JUDGE:**    Samuel Conti
13                                   )
                                     ) **[PROPOSED]** ORDER GRANTING
14        Plaintiffs,                ) STIPULATED REQUEST FOR ORDER
                                     ) CHANGING DATE OF CASE
15        v.                         ) MANAGEMENT CONFERENCE
                                     ) PURSUANT TO  CIVIL LOCAL
16 JPMORGAN CHASE BANK, N.A.; WELLS  ) RULE 6-2
   FARGO BANK, N.A. AS TRUSTEE FOR   )
17 JPMORGAN MORTGAGE TRUST 2008-R2   ) IT IS SO ORDERED AS MODIFIED
   MORTGAGE PASS-THROUGH             )
18 CERTIFICATES SERIES 2008-R2       ) Complaint filed:  September 13, 2013
19        Defendant(s).              )
                                     )
20                                   )
                                     )
21 _____ )

22 //

23 //

24 //

25 //

26 //

27 //

28 //

*Burke v. JPMorgan Chase Bank, N.A.,* et al.        [Proposed] Order Granting Stipulated Request        1

1  The Court, having reviewed the parties' Stipulated Request for Order Changing Date of Case

2  Management Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good

3  Cause,

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6  The case management conference is hereby rescheduled to Friday, 06/20/2014, at 10:00 a.m. Parties shall file a joint statement at least seven days prior to the hearing date.

9  Dated: March  10 , 2014

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*