1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DEBORAH L. BURKE and SEAN K. BURKE, | **CASE NO.:** C13-04249 SC |
| 12     Plaintiffs, | **JUDGE:**   Samuel Conti |
| 13 v. | |
| 14 JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A. AS TRUSTEE FOR | [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO CIVIL LOCAL RULE 6-2** |
| 15 JPMORGAN MORTGAGE TRUST 2008-R2 MORTGAGE PASS-THROUGH | |
| 16 CERTIFICATES SERIES 2008-R2, | **ACTION FILED:**   September 13, 2013 |
| 17     Defendants. | |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO

18
19
20

    The Court, having reviewed the parties' Stipulated Request for Order to Stay Proceedings

21

for four (4) months pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good Cause,

22

PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24

DATED:   03/19/2014          By:_____

25

Samuel
U.S. Di

26
27
28

---

**1**