1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
3  San Diego, California  92101
   Tel:    619-807-2628
4  Fax:    866-575-7413
   Email: cmarshall@marshallestatelaw.com
5
   Attorneys for Plaintiffs
6  DEBORAH L. BURKE and
   SEAN K. BURKE
7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  DEBORAH L. BURKE and           )   Case No.:  C13-4249 SC
    SEAN K. BURKE                  )
                                   )   **JUDGE:**    Samuel Conti
13                                 )
                                   )   **[PROPOSED] ORDER GRANTING**
14        Plaintiffs,              )   **STIPULATED REQUEST FOR ORDER**
                                   )   **CONTINUING CASE MANAGEMENT**
15        v.                       )   **CONFERENCE PURSUANT TO CIVIL**
                                   )   **LOCAL RULE 6-2 AND SETTING**
16  JPMORGAN CHASE BANK, N.A.; WELLS )  **DATE FOR DEFENDNATS TO**
    FARGO BANK, N.A. AS TRUSTEE FOR )   **RESPOND TO PLAINTIFFS' FIRST**
17  JPMORGAN MORTGAGE TRUST 2008-R2 )   **AMENDED COMPLAINT**
    MORTGAGE PASS-THROUGH          )
18  CERTIFICATES SERIES 2008-R2    )
                                   )
19        Defendant(s).            )   Complaint filed:  September 13, 2013
                                   )
20                                 )
                                   )
21 _____)

22  //

23  //

24  //

25  //

26  //

27  //

28  //

*Burke v. JPMorgan Chase Bank, N.A.,* et al.     [Proposed] Order Granting Stipulated Request     1

1  The Court, having reviewed the parties' Stipulated Request for Order continuing Case Management

2  Conference Pursuant to Civil Local Rule 6-2 and setting date for Defendants to respond to

3  Plaintiff's First Amended Complaint and accompanying Declaration of Good Cause,

4  PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants shall respond to Plaintiff's First

5  Amended Complaint by 03/27/2015. The initial case management conference is continued to Friday,

6  May 15, 2015, at 10:0 a.m.

9  Dated: February 27 , 2015

*Judge Samuel Conti*