1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
3  San Diego, California  92101
   Tel:    619-807-2628
4  Fax:    866-575-7413
   Email: cmarshall@marshallestatelaw.com
5
   Attorneys for Plaintiffs
6  DEBORAH L. BURKE and
   SEAN K. BURKE
7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   DEBORAH L. BURKE and            )  Case No.:  C13-4249 SC
12 SEAN K. BURKE                   )
                                   )  **JUDGE:**   Samuel Conti
13                                 )
                                   )  **[PROPOSED] ORDER GRANTING**
14         Plaintiffs,             )  **STIPULATED REQUEST FOR ORDER**
                                   )  **CONTINUING CASE MANAGEMENT**
15         v.                      )  **CONFERENCE PURSUANT TO CIVIL**
                                   )  **LOCAL RULE 6-2**
16 JPMORGAN CHASE BANK, N.A.; WELLS)
   FARGO BANK, N.A. AS TRUSTEE FOR )
17 JPMORGAN MORTGAGE TRUST 2008-R2 )
   MORTGAGE PASS-THROUGH           )  Complaint filed:   September 13, 2013
18 CERTIFICATES SERIES 2008-R2     )
                                   )
19         Defendant(s).           )
                                   )
20                                 )
                                   )
21 _____)
22 //
23 //
24 //
25 //
26 //
27 //
28 //

*Burke v. JPMorgan Chase Bank, N.A.,*  et al.        [Proposed] Order Granting Stipulated Request        1

1  The Court, having reviewed the parties' Stipulated Request for Order continuing Case Management

2  Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good Cause,

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
```
Case Management Conference is continued to August 28, 2015 at
10:00 am. Parties shall file a joint case management statement
no later than August 21, 2015.
```

Dated: June 19, 2015

_____
United States District Judge