AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

DEBORAH L. BURKE and SEAN K. BURKE
                      Plaintiff(s),
    V.
JPMORGAN CHASE BANK, N.A., ET AL.
                      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04249-SC

Notice is hereby given that, subject to approval by the court, **JPMORGAN CHASE BANK, N.A.** (Party(s) Name) substitutes **John M. Sorich/LaShon Harris** (Name of New Attorney), State Bar No. **125223/257578** as counsel of record in place of **AlvaradoSmith, APC, Joanne C. Chan and Theodore Emery Bacon** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Parker Ibrahim & Berg LLC
    Address: 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626
    Telephone: (714) 361-9550    Facsimile: (714) 784-4190
    E-Mail (Optional): john.sorich@piblaw.com/lashon.harris@piblaw.com

I consent to the above substitution.
Date: 5/27/15
                      Sergio Mejia, Assistant Secretary
                      (Signature of Party(s))

I consent to being substituted.
Date: 5-29-2015
                      Joanne C. Chan, Esq.
                      (Signature of Former Attorney(s))

I consent to the above substitution.
Date: June 16, 2015
                      /s/ LaShon Harris
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 23, 2015
                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]