AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH L. BURKE and SEAN K. BURKE
               Plaintiff (s),
V.
JPMORGAN CHASE BANK, N.A., ET AL.
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04249-SC

Notice is hereby given that, subject to approval by the court, **Wells Fargo (See Attachment)** substitutes
                                                                              (Party (s) Name)

**Mariel Gerlt-Ferraro**, State Bar No. **251119** as counsel of record in
(Name of New Attorney)

place of **AlvaradoSmith, APC, Joanne C. Chan and Theodore Emery Bacon**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Parker Ibrahim & Berg LLC
    Address: 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626
    Telephone: (714) 361-9550     Facsimile: (714) 784-4190
    E-Mail (Optional): mariel.gerlt-ferraro@piblaw.com

I consent to the above substitution.
Date: 1/12/2016

                                                               Addie N Pike
                                                               Assistant Secretary
                                                               (Signature of Party (s))

I consent to being substituted.
Date: 1/12/2016

                                                       DAVID MASUTANI FOR
                                                       (Signature of Former Attorney (s))
                                                       THEODORE BACON AND JOANNE CHAN

I consent to the above substitution.
Date: 1/14/2016

                                                              (Signature of New Attorney)
                                                 Mariel Gerlt Ferraro

The substitution of attorney is hereby approved and so ORDERED.

Date: January 21, 2016.

                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]