AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Northern | **District of** | California |

| | |
|---|---|
| DEBORAH L. BURKE and SEAN K. BURKE<br><div align="center">Plaintiff(s),</div><br>V.<br><br>JPMORGAN CHASE BANK, N.A., ET AL.<br><div align="center">Defendant(s),</div> | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br><br>CASE NUMBER:  3:13-cv-04249-SC |

Notice is hereby given that, subject to approval by the court, Wells Fargo (See Attachment) substitutes

John M. Sorich , State Bar No. 125223 as counsel of record in
<div align="center">(Name of New Attorney)</div>

place of AlvaradoSmith, APC, Joanne C. Chan and Theodore Emery Bacon .
<div align="center">(Name of Attorney(s) Withdrawing Appearance)</div>

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Parker Ibrahim & Berg LLC |
| Address: | 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626 |
| Telephone: | (714) 361-9550            Facsimile  (714) 784-4190 |
| E-Mail (Optional): | john.sorich@piblaw.com |

I consent to the above substitution.

Date: 1/12/2016

Addie N Pike
Assistant Secretary
(Signature of Party(s))

I consent to being substituted.

Date: 1/12/2016

DAVID MASUTANI FOR
THEODORE BACON AND JOANNE CHAN
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 01/14/16

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 21, 2016.

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]