JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
Parker Ibrahim & Berg LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel:  (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
JPMorgan Chase Bank, N.A. and Wells Fargo Bank,
N.A. as Trustee for JPMorgan Mortgage Trust 2008-R2
Mortgage Pass-Through Certificates Series 2008-R2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. BURKE and SEAN K. BURKE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A. AS TRUSTEE FOR JPMORGAN MORTGAGE TRUST 2008-R2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-R2,<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-04249-WHA<br><br>JUDGE:   Hon. William Alsup<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CHANGE DEADLINE TO FILE MOTION TO COMPEL  FROM AUGUST 5, 2016 TO AUGUST 12, 2016** |

　　　The Court, having reviewed the joint stipulation of Defendants JPMorgan Chase Bank, N.A. ("Chase") and Wells Fargo Bank, N.A., as trustee for JPMorgan Mortgage Trust 2008-R2 Mortgage Pass-Through Certificates Series 2008-R2 ("Wells Fargo Trust" and, collectively "Defendants"), and the undersigned counsel for plaintiffs Deborah L. Burke and Sean K. Burke (collectively, "Plaintiffs") for an order to change the deadline to file motions to compel fact discovery, and good cause

appearing therefrom, IT IS HEREBY ORDERED THAT:

1. The stipulation is approved;
2. The deadline for filing of a motion to compel fact discovery is hereby continued from August 5, 2016 to August 12, 2016 for the limited purpose of the Defendants' proposed motion to compel responses to the Requests for Production and for monetary sanctions.

IT IS SO ORDERED.

DATED:   August 4, 2016.



United States District Judge