IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH L. BURKE and SEAN K. BURKE,

    Plaintiffs,

  v.

JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., as for JPMORGAN MORTGAGE TRUST 2008-R2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-R2,

    Defendants.

No. C 13-04249 WHA

**ORDER APPROVING STIPULATION TO EXTEND TIME TO TAKE DEPOSITION OF PLAINTIFFS' EXPERT**

The Court is in receipt of the parties' stipulation to extend the time to take the deposition of plaintiffs' expert. The deposition of plaintiffs' expert witness may proceed on September 6, 2016.

**IT IS SO ORDERED.**

Dated: August 29, 2016.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE