IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH L. BURKE and SEAN K. BURKE,

    Plaintiffs,

  v.

JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., as for JPMORGAN MORTGAGE TRUST 2008-R2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-R2,

    Defendants.

No. C 13-04249 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The **CLERK SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE